# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RADCLIFFE BANCROFT LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 08-1314 (RJL)** |
| | ) | |
| **GOVERNMENT OF THE** | ) | |
| **DISTRICT OF COLUMBIA** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MEMORANDUM
October ___, 2009

By Order filed August 17, 2009 [Dkt. No. 32], the Court dismissed the complaint against the District of Columbia and directed plaintiff to provide information by September 16, 2009, to enable the Marshals Service to effect proper service of process upon the only remaining defendant, Officer Anderson. *See* accompanying Memorandum Opinion [Dkt. No. 31] at 2, n.2. Plaintiff was advised that his failure to provide the information within the time provided would result in dismissal of the complaint against that defendant and closure of the case. Plaintiff has not provided the requested information. The Court therefore will dismiss the complaint against Officer Anderson for insufficient service of process and will now dismiss the case. A separate final Order accompanies this Memorandum.

RICHARD J. LEON
United States District Judge